Prob 12A(10/09)



# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Brian Paul Rowan                    Docket No. 4108904

**Petition on Probation**    1:14-mj-269

COMES NOW <u>Kenneth G. Orsino</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Brian Paul Rowan</u>, who was placed on supervision by the Honorable Ivan D. Davis, United States Magistrate Judge sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>26th</u> day of <u>September, 2013</u>, who fixed the period of supervision at <u>one (1) year</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this 23rd day of May, 2014 and ordered filed and made a part of the records in the above case.

/s/ Ivan D. Davis
Ivan D. Davis
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2014

Kenneth G. Orsino
U.S. Probation Officer
(703) 366-2109

Place <u>Manassas, Virginia</u>

**TO CLERK'S OFFICE**

Petition on Probation
Page 2
RE: Rowan, Brian

OFFENSE: Driving Under the Influence, in violation of Title 36 CFR, Section 4.23(a)(1)

SENTENCE: One (1) year supervised probation with the following special conditions: 1) the defendant shall participate in an successfully complete an Alcohol Safety Action Program or other alcohol treatment program as deemed appropriate by the probation office; 2) commencing on September 26, 2013, and continuing for ONE (1) YEAR, the defendant may not operate a motor vehicle anywhere in the United States except (a) to and from work, as incident to or required by work, (b) to and from court, the probation office, the ASAP, and (c) to and from any medical appointments, and to and from church with a schedule approved in advance by the probation office; and 3) the defendant shall pay a $250.00 fine, $25.00 processing fee, and a $10.00 special assessment as to 4108904 to be paid by October 26, 2013.

ADJUSTMENT TO SUPERVISION: In October 2013, the defendant's supervision was transferred to the United States Probation Office for the District of Maryland. The defendant's supervision was initially assigned to U.S. Probation Officer Annette Morris with the District of Maryland. On December 23, 2013, the defendant's supervision was transferred to U.S. Probation Officer Sharon Jacobs. According to Officer Jacobs, the defendant relocated to Los Angeles, California, in January 2014, without permission and has failed to submit his monthly reports. Furthermore, the defendant has failed to attend a substance abuse program. To his benefit, the defendant paid his $250.00 fine, $25.00 processing fee and $10.00 special assessment on October 26, 2013. A recent record check was also negative for any new law violations.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**SPECIAL CONDITION:** **FAILURE TO SATISFACTORILY PARTICIPATE IN A SUBSTANCE ABUSE TREATMENT PROGRAM.**

In October 2013, the defendant was referred to the Virginia Alcohol Safety Action Program (VASAP) for substance abuse treatment. The defendant was scheduled to begin the VASAP program in December 2013, and was also required to attend an outpatient substance abuse program with the Kolmac Clinic in Silver Spring, Maryland. The defendant failed to complete both of these programs.

**CONDITION 2:** **FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS AS DIRECTED.**

The defendant failed to submit monthly reports for January 2014, February 2014, and March 2014.

**CONDITION 6:** **FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN 10 DAYS OF CHANGE IN RESIDENCE.**

On January 2, 2014, a letter was sent to the defendant instructing him to contact U.S. Probation Officer Sharon Jacobs with the District of Maryland. On April 8, 2014, Officer Jacobs spoke to the defendant via his cellular telephone and was advised by the defendant that he had relocated to Los Angeles, California, in January 2014. Officer Jacobs advised the defendant of his conditions of supervision, and the defendant stated that prior to leaving Maryland, he contacted the U.S. Probation Office in Maryland to report that he was planning to move to California. Mr. Rowan could not remember with whom he spoke and admitted that he did not leave any forwarding information. Officer Jacobs instructed the defendant to return to Maryland and the defendant stated he plans to return in June 2014, but has not finalized the arrangements.

KGO-iyh